IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MARISSA BOND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REXEL, INC., and REXEL ) <br> ELECTRICAL AND DATACOM, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 5:09-cv-00122-RLV-DSC |

## ORDER

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion to Compel and Sanction-Failure to Disclose" (document #29), and the parties' associated briefs and exhibits. See documents ##32-33. In her Motion, Plaintiff alleges that Defendants' Rule 26(a)(1) initial disclosures and responses to her written discovery requests are overdue.

In their "Response ..." Defendants credibly state that they served timely Rule 26(a)(1) disclosures on July 5, 2011. On August 3, 2011, Defendants filed a "Motion for Extension of Time to Respond to Plaintiff's First Discovery Requests" (document #30). That same day, the Court granted Defendants' Motion and their discovery responses are due September 7, 2011. See "Order" (document #31). For these reasons, as well as for the other reasons stated in Defendants' brief, Plaintiff's Motion is denied.

**NOW THEREFORE IT IS ORDERED**:

1. Plaintiff's "Motion to Compel and Sanction-Failure to Disclose" (document #29) is **DENIED**.

2. The Clerk is directed to send copies of this Order to the <u>pro se</u> Plaintiff; to defense counsel; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED**.   Signed: August 12, 2011

David S. Cayer
United States Magistrate Judge